# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD L. HARRIS, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 10-3198 |
| | : | |
| KFC U.S. PROPERTIES, INC., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 18th day of June, 2012, upon careful consideration of the defendant's motion for summary judgment (Doc. No. 21), the defendant's amended motion for summary judgment (Doc. No. 22), the plaintiffs' response (Doc. No. 23), and the defendant's reply thereto (Doc. No. 24) **IT IS HEREBY ORDERED** that:

1. The defendant's amended motion for summary judgment (Doc. No. 22) is **GRANTED**.

2. The defendant's first motion for summary judgment (Doc. No. 21) is **DENIED as moot.**

3. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.